FILED
January 3, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                   Plaintiff,                      )<br>v.                                                        )<br>                                                              )<br>JOSE ELFEGO GUTIERREZ-GOMEZ, )<br>                                                              )<br>                   Defendant.                   ) | Case No. 2:18MJ00262-DB-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSE ELFEGO GUTIERREZ-GOMEZ</u>, Case No. <u>2:18MJ00262-DB-1</u>, Charge <u>8 USC § 1326(a) & (b)(2)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond $_____

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)  <u>Pretrial conditions as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

*To be released 1/7/2019 - 9:00 am. to Pretrial / Services Officer*

Issued at <u>Sacramento, CA</u> on <u>January 3, 2019</u> at <u>2:00 pm</u>.

                                            By  <u>/s/ Allison Claire/s/ Allison Claire</u>
                                                    Allison Claire
                                                    United States Magistrate Judge

Copy 2 - Court